IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL A. BACON,<br><br>    Plaintiff,<br><br>v.<br><br>DAVIS TECHNICAL COLLEGE et al.,<br><br>    Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:19-CV-685 CW<br><br>District Judge Clark Waddoups |

  Plaintiff, Michael A. Bacon, filed a prisoner civil-rights complaint. 42 U.S.C. § 1983. He now moves to dismiss that complaint, stating "it doesn't need to be pursued any longer." (ECF No. 6.)

  Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the plaintiff's request." The Court has carefully reviewed Plaintiff's motion and other materials on the docket.

  For good cause appearing, **IT IS ORDERED** that Plaintiff's motion to dismiss his complaint is **GRANTED**. (ECF No. 6.)

  This action is **CLOSED**.

    DATED this 15th day of October, 2019.

            BY THE COURT:

            _____
            Clark Waddoups
            United States District Court